FILED - KZ
March 15, 2021 2:36 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by Ems /3/15

# MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

**Christopher J. Ferro**
Direct Tel +1 312 701 8660
Direct Fax +1 312 706 8445
cferro@mayerbrown.com

Clerk of Court
U.S. District Court, Western District of Michigan
Kalamazoo Office
107 Federal Bldg
410 W Michigan Ave
Kalamazoo MI 49007

March 12, 2021

Re: Filing With JPML

To whom it may concern:

Enclosed please find the Motion To Transfer *Nessel, et al. v. 3M Co., et al.*, No. 21-cv-205 (W.D. Mich.) and related documents that were filed today in the Judicial Panel on Multidistrict Litigation ("JPML") in connection with MDL No. 2873. This is being submitted to the Clerk of this Court pursuant to JPML Rule 4.1(b).

Sincerely,

Christopher J. Ferro

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America,
Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.

