1

Courtesy Copy: Do Not File

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873<br>This Document Relates To:<br><br>*Nessel, et al. v. 3M Co., et al.,*<br>No. 1:21-cv-00205 (W.D. Mich.) |

### MOTION TO TRANSFER TAG-ALONG ACTION
### *NESSEL V. 3M CO.* TO THE *IN RE AFFF* MDL

Pursuant to Judicial Panel on Multi-District Litigation Rule 7.1(b)(i), Defendants 3M Company, E.I. Du Pont De Nemours and Company, The Chemours Company, The Chemours Company FC, LLC, DowDupont, Inc., Corteva, Inc., Dupont de Nemours, Inc., AGC Chemicals Americas, Inc., and Archroma U.S., Inc. respectfully move the Panel for an Order transferring *Nessel, et al. v. 3M Co., et al.,* No. 1:21-cv-00205 (W.D. Mich.) as a tag-along action to the United States District Court for the District of South Carolina for inclusion in MDL No. 2873. The motion is supported by the accompanying memorandum of law and exhibits, a Schedule of Action, a copy of the docket sheet and complaint, and a proof of service.

Respectfully submitted,

DATED: March 12, 2021

*/s/ Daniel L. Ring*
Daniel L. Ring
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
dring@mayerbrown.com

**Attorney for 3M Company**

1

/s/ J. Michael Huget
J. Michael Huget
Honigman LLP
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
(734) 418-4254
mhuget@honigman.com

Lanny Kurzweil
Ira Gottlieb
McCarter & English, LLP
100 Mulberry Street, Four Gateway Center
Newark, NJ 07102
(973) 639-2044
lkurzweil@mccarter.com
igottlieb@mccarter.com

**Attorneys for Defendants E.I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC**

/s/ Katherin L.I. Hacker
Katherine L.I. Hacker
Bartlit Beck LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
kat.hacker@bartlitbeck.com

**Attorney for Defendants DowDuPont, Inc., Corteva, Inc., and DuPont de Nemours, Inc.**

/s/ Peter C. Condron
Peter C. Condron
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
pcondron@crowell.com

**Attorney for Defendant AGC Chemicals Americas, Inc.**

2

/s/ Melanie B. Dubis
Melanie B. Dubis
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
(919) 890-4158
melaniedubis@parkerpoe.com

**Attorneys for Defendant Archroma U.S., Inc.**