UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ATTORNEY GENERAL DANA NESSEL, on behalf of the People of the State of Michigan, and the STATE OF MICHIGAN,

    Plaintiffs,

v

3M COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, DOWDUPONT, INC., CORTEVA, INC., DUPONT DE NEMOURS, INC., DYNEON, L.L.C., ARCHROMA U.S., INC., ARCHROMA MANAGEMENT, LLC, ARKEMA, INC., ARKEMA FRANCE, S.A., AGC CHEMICALS AMERICAS INC., DAIKIN AMERICA, INC., DAIKIN INDUSTRIES, LTD., and SOLVAY SPECIALTY POLYMERS, USA, LLC,

    Defendants.

No. 1:21-cv-00205

HON. PAUL L. MALONEY

**PLAINTIFFS' MOTION TO REMAND**

**EXPEDITED CONSIDERATION REQUESTED**

Dana Nessel
Attorney General
Polly A. Synk (P63473)
Danielle Allison-Yokom (P70950)
Assistant Attorneys General
Michigan Department of Attorney General
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
synkp@michigan.gov
allisonyokomd@michigan.gov

Gregory M. Utter (P00255)
Joseph M. Callow, Jr. (P00250)
Special Assistant Attorneys General
Keating Muething & Klekamp PLL
1 East 4th Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
gmutter@kmklaw.com
jcallow@kmklaw.com

Adam J. Levitt (Pro Hac Vice Filed)
Amy E. Keller (P74015)
Special Assistant Attorneys General
Daniel R. Flynn (Pro Hac Vice Filed)
Laura E. Reasons (Pro Hac Vice Filed)
Adam Prom (Pro Hac Vice Filed)
DiCello Levitt Gutzler LLC
10 North Dearborn Street, 11th Floor
Chicago, IL 60602
(312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dflynn@dicellolevitt.com
lreasons@dicellolevitt.com
aprom@dicellolevitt.com

Richard W. Fields (Pro Hac Vice Filed)
Special Assistant Attorney General
Martin F. Cunniff (Pro Hac Vice Filed)
Fields, PLLC
1901 L. St. N.W., Suite 600
Washington, DC 20036
(833) 382-9816
fields@fieldslawpllc.com
martincunniff@fieldslawpllc.com

David M. George (P68812)
John A. Ferroli (P35869)
Paul T. Stewart (P79977)
Dykema Gossett PLLC
Attorneys for Defendant Asahi Plastics North America, Inc.
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7660
dgeorge@dykema.com
jerroli@dykema.com
pstewart@dykema.com

J. Michael Huget (P39150)
Honigman LLP
Attorney for Defendants E. I. DuPont De Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
(734) 418-4254
mhuget@honigman.com

| | |
|---|---|
| Lanny Kurzweil (Pro Hac Vice)<br>Ira Gottlieb (Pro Hac Vice)<br>McCarter & English, LLP<br>Attorneys for Defendants E. I. DuPont De Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC<br>100 Mulberry Street, Four Gateway Center<br>Newark, NJ 07102<br>(973) 639-2044<br>lkurzweil@mccarter.com<br>igottlieb@mccarter.com | Matthew P. Kennison (P79653)<br>Riley Safer Holmes & Cancila LLP<br>Attorney for Defendants E. I. DuPont De Nemours and Company, DowDuPont, Inc., Corteva, Inc., and DuPont DeNemours, Inc.<br>121 W. Washington, Suite 402<br>Ann Arbor, MI 48104<br>(734) 773-4911<br>mkennison@rshc-law.com |
| Anthony A. Agosta (P57355)<br>Michael J. Pattwell (P72419)<br>Zachary C. Larsen (P72189)<br>Clark Hill PLC<br>Attorneys for Defendant AGC Chemicals Americas Inc.<br>212 East Cesar E. Chavez Avenue<br>Lansing, MI 48906<br>(517) 318-3100<br>aagosta@clarkhill.com<br>mpattwell@clarkhill.com<br>zlarsen@clarkhill.com | Robert L. DeJong (P12639)<br>Joseph M. Infante (P68719)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>Attorneys for Defendant 3M Company<br>99 Monroe Avenue NW, Suite 1200<br>Grand Rapids, MI 49503<br>(616) 454-8656<br>dejong@millercanfield.com<br>infante@millercanfield.com |
| Daniel L. Ring (Pro Hac Vice Filed)<br>Joshua D. Yount (Pro Hac Vice Filed)<br>Joseph M. Callaghan (Pro Hac Filed)<br>Mayer Brown LLP<br>Attorneys for Defendant 3M Company<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>dring@mayerbrown.com<br>jyount@mayerbrown.com<br>jcallaghan@mayerbrown.com | Katherine L.I. Hacker (Pro Hac Vice Filed)<br>Bartlit Beck LLP<br>Attorney for Defendants E. I. DuPont De Nemours and Company, as to the fraudulent transfer claim, and DowDuPont, Inc., Corteva, Inc., and DuPont de Nemours, Inc. as to all claims<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br>kat.hacker@bartlitbeck.com |

| | |
|---|---|
| Katharine A. Roin (Pro Hac Vice Filed)<br>Bartlit Beck LLP<br>Attorney for Defendants E. I. DuPont De Nemours and Company, as to the fraudulent transfer claim, and DowDuPont, Inc., Corteva, Inc., and DuPont de Nemours, Inc. as to all claims<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>kate.roin@bartlitbeck.com | Christopher R. Gura (P58437)<br>Abbott Nicholson, P.C.<br>Attorney for Defendant The Chemours Company, as to the fraudulent transfer claim<br>1900 West Big Beaver Road, Suite 203<br>Troy, MI 48084<br>(313) 566-2500<br>crgura@abbottnicholson.com |
| Martha N. Donovan (Pro Hac Vice to be Filed)<br>Margaret Raymond-Flood (Pro Hac Vice to be Filed)<br>Norris McLaughlin, P.A.<br>Attorneys for Defendant The Chemours Company, as to the fraudulent transfer claim<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807<br>(908) 722-0700<br>mndonovan@norris-law.com<br>mraymondflood@norris-law.com | Gwyn Williams (Pro Hac Vice)<br>Alexander P. Rothschild (Pro Hac Vice)<br>Latham & Watkins LLP<br>Attorney for Defendant Solvay Specialty Polymers USA, LLC<br>200 Clarendon Street<br>Boston, MA 02216<br>(617) 948-6000<br>gwyn.williams@lw.com<br>alex.rothschild@lw.com |
| Kegan A. Brown (Pro Hac Vice)<br>Latham & Watkins LLP<br>Attorney for Defendant Solvay Specialty Polymers USA, LLC<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1224<br>kegan.brown@lw.com | Steven P. Croley (P60647)<br>Latham & Watkins LLP<br>Attorney for Defendant Solvay Specialty Polymers USA, LLC<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2126<br>steven.croley@lw.com |

Theodore M. Grossman (Pro Hac Vice)
Rebekah E. Blake (Pro Hac Vice)
Jones Day
Attorneys for Defendant Daikin America, Inc.
250 Vesey Street
New York, NY 10281
(212) 326-3939
tgrossman@jonesday.com
reblake@jonesday.com

James R. Saywell (Pro Hac Vice to be Filed)
Louis A. Chaiten (Pro Hac Vice)
Jones Day
Attorneys for Defendant Daikin America, Inc.
901 Lakeside Avenue East
Cleveland, OH 44114
(216) 586-3939
jsaywell@jonesday.com
lchaiten@jonesday.com

Maja C. Eaton (Pro Hac Vice)
Daniel A. Spira (Pro Hac Vice to be Filed)
Sidley Austin LLP
Attorneys for Defendant Arkema Inc.
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
sgourley@sidley.com
meaton@sidley.com
dspira@sidley.com

Jessica A. Sprovtsoff (P70218)
Robert D. Boley (P82350)
J. Michael Showalter (P84412)
Schiff Hardin LLP
Attorneys for Defendant Arkema Inc.
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1500
jsprovtsoff@schiffhardin.com
rboley@schiffhardin.com
mshowwalter@schiffhardin.com

John C. Valenti (P53272)
Javon R. David (P78214)
Beth S. Gotthelf (P38951)
Butzel Long, P.C.
Attorneys for Defendant Archroma U.S., Inc.
150 Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7099
valenti@butzel.com
Davidj@butzel.com
gotthelf@butzel.com

Melanie Black Dubis (Pro Hac Vice)
Charles E. Raynal, IV (Pro Hac Vice)
Parker Poe Adams & Bernstein, LLP
Attorneys for Archroma U.S. Inc.
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
(919) 828-0564
melaniedubis@parkerpoe.com
charlesraynal@parkerpoe.com

_____

| | |
|---|---|
| Steven D. Weber (Pro Hac Vice)<br>Parker Poe Adams & Bernstein LLP<br>Attorney for Archroma U.S., Inc.<br>620 S. Tryon Street, Suite 800<br>Charlotte, NC 28202<br>(704) 335-9065<br>Steveweber@parkerpoe.com<br><br>Robert Jordan (Pro Hac Vice)<br>Parker Poe Adams & Bernstein LLP<br>Attorney for Archroma U.S., Inc.<br>200 Meeting Street, Suite 301<br>Charleston, South Carolina 29401<br>(843) 727-2650<br>robertjordan@parkerpoe.com | Peter C. Condron (Pro Hac Vice)<br>Clifford J. Zatz (Pro Hac Vice)<br>Laura Offenbacher Aradi (Pro Hac Vice)<br>Crowell & Moring LLP<br>Attorneys for Defendant AGC Chemicals Americas, Inc.<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2500<br>pcondron@crowell.com<br>czatz@crowell.com<br>laradi@crowell.com |

_____/

**MOTION TO REMAND AND REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiffs, Attorney General Dana Nessel, on behalf of the People of the State of Michigan, and the State of Michigan (collectively, State or Michigan), move to remand this case to state court, as explained in the brief accompanying this Motion. As required by W.D. Mich. LCivR 7.1(d), Plaintiffs sought, but did not obtain, concurrence from Defendants.

Plaintiffs additionally request that the Court set oral argument on Michigan's Motion to Remand during the week of April 12, 2021, and decide the Motion on an expedited basis, and with an expedited briefing schedule, for the following reasons:

First, Defendants have improperly moved to have this strictly PFAS case transferred to the AFFF MDL, despite the Panel's rejection of 3M's notice of this case as a potential tag-along action. *See In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2873, MIW/1:21-cv-00205 (J.P.M.L. Mar. 3, 2021) ("determin[ing] the listed action(s) is not appropriate for inclusion in the MDL."). On March 15, 2021, the JPML issued a briefing schedule on the Motion to Transfer, which concludes on or before April 12, 2021.

"[M]otions to remand should be resolved before the panel acts on [a] motion to transfer." *Johnson v. Micron Tech., Inc.*, 354 F. Supp. 2d 736, 4710–41 (E.D. Mich. 2005) (citing *Tortola Restaurants, L.P. v. Kimberly-Clark Corp.*, 987 F. Supp. 1186, 1189 (N.D.Cal. 1997)); *see also Curnow v. Stryker Corp.,* No. 19-12371, 2013 U.S. Dist. LEXIS 147917, *11 (E.D. Mich. Oct. 15, 2013) (same). This Court, as transferor Court, retains exclusive jurisdiction until the § 1407 transfer becomes effective. *Id.* 3M improperly removed this case to deprive the Michigan state court of jurisdiction to

adjudicate this purely state law action brought by the State of Michigan, and now seeks to improperly deprive this Court of the ability to determine whether this case is properly before it. If this Court waits for the JPML to rule on 3M's Motion to Transfer, the JPML's decision would render this motion effectively moot because the proposed transferee court has the ability to decide the threshold jurisdictional issue. The transferee court, however, has issued orders that indicate the Court will not consider motions to dismiss based on subject matter jurisdiction and issued orders that require parties to effectively have the consent of the Plaintiffs' Executive Committee or the Defense Coordination Committee to file any motion. (Orders 9/10/2020; 9/29/2020.) 3M seeks to have this case brought to a halt in the MDL—a venue 3M also believes to be more favorable. This sort of gamesmanship is the very reason courts are inclined to expeditiously rule on motions to remand before the JPML acts on a motion to transfer. Moreover, ruling expeditiously on Plaintiffs' Motion to Remand could conserve the resources of the JPML as 3M's pending Motion to Transfer will be mooted if this case is remanded.

Second, 3M's Notice of Removal procedurally delays all progress in this case. Prior to 3M's removal, the parties were in the middle of extensive discovery before Judge Quist in Kent County. Expedited consideration and remand will allow this case to quickly and efficiently resume those discovery efforts and not further delay the discovery schedule that had been comprehensively briefed, argued, and implemented in that litigation. Indeed, to date, the parties had exchanged more than 3,000,000 pages of documents (with more documents to be produced), conducted depositions, and

had scheduled additional depositions on agreed-upon dates. That all stopped dead when 3M filed its Notice of Removal.

Significantly, 3M only removed this case to federal court after losing its motion for summary disposition and after failing to obtain the lengthy fact discovery timeline that it demanded. Judge Quist established a fact discovery deadline of January 31, 2022, which is an entire year shorter than 3M and other defendants requested. 3M's Notice of Removal is thus nothing more than a procedural gambit that wrongly injects into this case a delay that 3M and the other defendants unsuccessfully sought in state court. 3M's Notice of Removal further prejudices Plaintiffs by attempting to undo the significant resources that have been expended by Plaintiffs and the state court on, among other things, extensive discovery, multiple status conferences, and resolving disagreements concerning the parties' ESI protocol and protective orders. Those efforts should neither be wasted nor unduly delayed. Expedited consideration will prevent 3M from seizing an inequitable and undeserved tactical benefit of delay and will keep it and the other Defendants on a sensible track toward resolution of Michigan's serious claims against them for decades of alleged wrongdoing.

Based on the foregoing, Plaintiffs respectfully request that the Court set the following briefing and oral argument schedule on Plaintiffs' Motion to Remand:

1. 3M will have 14 days from the date of this filing (April 2, 2021) to respond;

2. Plaintiffs will have 7 days (April 9, 2021) to reply;

3. The Court will hear oral argument on Michigan's Motion to Remand during the week of April 12, 2021.

Plaintiffs further request that this Court expeditiously consider and decide Plaintiffs' Motion to Remand before the JPML acts on 3M's Motion to Transfer. A proposed order on Plaintiffs' request for an expedited briefing schedule is attached as Exhibit A for the Court's convenience.

## CONCLUSION

For all of the foregoing reasons, Plaintiffs respectfully request this Court to set oral argument the week of April 12, 2021 and expeditiously consider and decide Michigan's Motion to Remand.

Respectfully submitted,

Dana Nessel
Attorney General

Dated: March 19, 2021

*/s/ Gregory M. Utter*
Gregory M. Utter (P00255)
Joseph M. Callow, Jr. (P00250)
Special Assistant Attorneys General
Keating Muething & Klekamp PLL
1 East 4th Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
gmutter@kmklaw.com
jcallow@kmklaw.com

Adam J. Levitt
Amy E. Keller (P74015)
Special Assistant Attorneys General
Daniel Rock Flynn
Laura E. Reasons
Adam Prom
DiCello Levitt Gutzler LLC
10 North Dearborn Street, 11th Floor
Chicago, IL 60602
(312) 214-7900
alevitt@dicellolevitt.com

akeller@dicellolevitt.com
dflynn@dicellolevitt.com
lreasons@dicellolevitt.com
aprom@dicellolevitt.com

Richard W. Fields
Special Assistant Attorney General
Martin F. Cunniff
Fields PLLC
1701 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
fields@fieldslawpllc.com
MartinCunniff@fieldslawpllc.com

# **PROOF OF SERVICE**

I hereby certify that on March 19, 2021, a copy of the foregoing was served on the following parties via email:

| | |
|---|---|
| David M. George (P68812)<br>John A. Ferroli (P35869)<br>Paul T. Stewart (P79977)<br>Dykema Gossett PLLC<br>Attorneys for Defendant Asahi Plastics North America, Inc.<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>(734) 214-7660<br>dgeorge@dykema.com<br>jerroli@dykema.com<br>pstewart@dykema.com | J. Michael Huget (P39150)<br>Honigman LLP<br>Attorney for Defendants E. I. DuPont De Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC<br>315 East Eisenhower Parkway, Suite 100<br>Ann Arbor, MI 48108<br>(734) 418-4254<br>mhuget@honigman.com |
| Lanny Kurzweil (Pro Hac Vice)<br>Ira Gottlieb (Pro Hac Vice)<br>McCarter & English, LLP<br>Attorneys for Defendants E. I. DuPont De Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC<br>100 Mulberry Street, Four Gateway Center<br>Newark, NJ 07102<br>(973) 639-2044<br>lkurzweil@mccarter.com<br>igottlieb@mccarter.com | Matthew P. Kennison (P79653)<br>Riley Safer Holmes & Cancila LLP<br>Attorney for Defendants E. I. DuPont De Nemours and Company, DowDuPont, Inc., Corteva, Inc., and DuPont DeNemours, Inc.<br>121 W. Washington, Suite 402<br>Ann Arbor, MI 48104<br>(734) 773-4911<br>mkennison@rshc-law.com |

| | |
|---|---|
| Anthony A. Agosta (P57355)<br>Michael J. Pattwell (P72419)<br>Zachary C. Larsen (P72189)<br>Clark Hill PLC<br>Attorneys for Defendant AGC Chemicals Americas Inc.<br>212 East Cesar E. Chavez Avenue<br>Lansing, MI 48906<br>(517) 318-3100<br>aagosta@clarkhill.com<br>mpattwell@clarkhill.com<br>zlarsen@clarkhill.com | Robert L. DeJong (P12639)<br>Joseph M. Infante (P68719)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>Attorneys for Defendant 3M Company<br>99 Monroe Avenue NW, Suite 1200<br>Grand Rapids, MI 49503<br>(616) 454-8656<br>dejong@millercanfield.com<br>infante@millercanfield.com |
| Daniel L. Ring (Pro Hac Vice Filed)<br>Joshua D. Yount (Pro Hac Vice Filed)<br>Joseph M. Callaghan (Pro Hac Filed)<br>Mayer Brown LLP<br>Attorneys for Defendant 3M Company<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>dring@mayerbrown.com<br>jyount@mayerbrown.com<br>jcallaghan@mayerbrown.com | Katherine L.I. Hacker (Pro Hac Vice Filed)<br>Bartlit Beck LLP<br>Attorney for Defendants E. I. DuPont De Nemours and Company, as to the fraudulent transfer claim, and DowDuPont, Inc., Corteva, Inc., and DuPont de Nemours, Inc. as to all claims<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br>kat.hacker@bartlitbeck.com |
| Katharine A. Roin (Pro Hac Vice Filed)<br>Bartlit Beck LLP<br>Attorney for Defendants E. I. DuPont De Nemours and Company, as to the fraudulent transfer claim, and DowDuPont, Inc., Corteva, Inc., and DuPont de Nemours, Inc. as to all claims<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>kate.roin@bartlitbeck.com | Christopher R. Gura (P58437)<br>Abbott Nicholson, P.C.<br>Attorney for Defendant The Chemours Company, as to the fraudulent transfer claim<br>1900 West Big Beaver Road, Suite 203<br>Troy, MI 48084<br>(313) 566-2500<br>crgura@abbottnicholson.com |

| | |
|---|---|
| Martha N. Donovan (Pro Hac Vice to be Filed)<br>Margaret Raymond-Flood (Pro Hac Vice to be Filed)<br>Norris McLaughlin, P.A.<br>Attorneys for Defendant The Chemours Company, as to the fraudulent transfer claim<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807<br>(908) 722-0700<br>mndonovan@norris-law.com<br>mraymondflood@norris-law.com | Gwyn Williams (Pro Hac Vice)<br>Alexander P. Rothschild (Pro Hac Vice)<br>Latham & Watkins LLP<br>Attorney for Defendant Solvay Specialty Polymers USA, LLC<br>200 Clarendon Street<br>Boston, MA 02216<br>(617) 948-6000<br>gwyn.williams@lw.com<br>alex.rothschild@lw.com |
| Kegan A. Brown (Pro Hac Vice)<br>Latham & Watkins LLP<br>Attorney for Defendant Solvay Specialty Polymers USA, LLC<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1224<br>kegan.brown@lw.com | Steven P. Croley (P60647)<br>Latham & Watkins LLP<br>Attorney for Defendant Solvay Specialty Polymers USA, LLC<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2126<br>steven.croley@lw.com |

| | |
|---|---|
| Theodore M. Grossman (Pro Hac Vice)<br>Rebekah E. Blake (Pro Hac Vice)<br>Jones Day<br>Attorneys for Defendant Daikin America, Inc.<br>250 Vesey Street<br>New York, NY 10281<br>(212) 326-3939<br>tgrossman@jonesday.com<br>reblake@jonesday.com | James R. Saywell (Pro Hac Vice to be Filed)<br>Louis A. Chaiten (Pro Hac Vice)<br>Jones Day<br>Attorneys for Defendant Daikin America, Inc.<br>901 Lakeside Avenue East<br>Cleveland, OH 44114<br>(216) 586-3939<br>jsaywell@jonesday.com<br>lchaiten@jonesday.com |
| Maja C. Eaton (Pro Hac Vice)<br>Daniel A. Spira (Pro Hac Vice to be Filed)<br>Sidley Austin LLP<br>Attorneys for Defendant Arkema Inc.<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br>sgourley@sidley.com<br>meaton@sidley.com<br>dspira@sidley.com | Jessica A. Sprovtsoff (P70218)<br>Robert D. Boley (P82350)<br>J. Michael Showalter (P84412)<br>Schiff Hardin LLP<br>Attorneys for Defendant Arkema Inc.<br>350 S. Main Street, Suite 210<br>Ann Arbor, MI 48104<br>(734) 222-1500<br>jsprovtsoff@schiffhardin.com<br>rboley@schiffhardin.com<br>mshowwalter@schiffhardin.com |
| John C. Valenti (P53272)<br>Javon R. David (P78214)<br>Beth S. Gotthelf (P38951)<br>Butzel Long, P.C.<br>Attorneys for Defendant Archroma U.S., Inc.<br>150 Jefferson, Suite 100<br>Detroit, MI 48226<br>(313) 225-7099<br>valenti@butzel.com<br>Davidj@butzel.com<br>gotthelf@butzel.com | Melanie Black Dubis (Pro Hac Vice)<br>Charles E. Raynal, IV (Pro Hac Vice)<br>Parker Poe Adams & Bernstein, LLP<br>Attorneys for Archroma U.S. Inc.<br>301 Fayetteville Street, Suite 1400<br>Raleigh, NC 27601<br>(919) 828-0564<br>melaniedubis@parkerpoe.com<br>charlesraynal@parkerpoe.com |

_____

| | |
|---|---|
| Steven D. Weber (Pro Hac Vice) <br> Parker Poe Adams & Bernstein LLP <br> Attorney for Archroma U.S., Inc. <br> 620 S. Tryon Street, Suite 800 <br> Charlotte, NC 28202 <br> (704) 335-9065 <br> Steveweber@parkerpoe.com <br><br> Robert Jordan (Pro Hac Vice) <br> Parker Poe Adams & Bernstein LLP <br> Attorney for Archroma U.S., Inc. <br> 200 Meeting Street, Suite 301 <br> Charleston, South Carolina 29401 <br> (843) 727-2650 <br> robertjordan@parkerpoe.com | Peter C. Condron (Pro Hac Vice) <br> Clifford J. Zatz (Pro Hac Vice) <br> Laura Offenbacher Aradi (Pro Hac Vice) <br> Crowell & Moring LLP <br> Attorneys for Defendant AGC Chemicals Americas, Inc. <br> 1001 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 <br> (202) 624-2500 <br> pcondron@crowell.com <br> czatz@crowell.com <br> laradi@crowell.com |

_____/

*/s/ Gregory M. Utter*
Gregory M. Utter